PRISONER'S CIVIL RIGHTS COMPLAINT (Rev.            )

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Lufkin_ DIVISION

BY
DEPUTY _____

_Nathaniel Jones, III - El, pro se, #1666292_
Plaintiff's Name and ID Number

_TDCJ - Wainwright Unit_
Place of Confinement

CASE NO. 9:23cv222 Crone/Stetson
(Clerk will assign the number)

V.

_Gwendolyn Spurlock, 2665 Prison Rd. 1, Lovelady, Tx. 75851_
Defendant's Name and Address

_Sarah Horace, 2665 Prison Rd. 1, Lovelady, Tx. 75851_
Defendant's Name and Address

_Robert L. Tanner, III, 2665 Prison Rd. 1, Lovelady, Tx. 75851_
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 2022-2025
      2. Parties to previous lawsuit:
         Plaintiff(s) Nathaniel Jones, III - El
         Defendant(s) Unknown at this time (property confiscated)
      3. Court: (If federal, name the district; if state, name the county.) Eastern Dist.; Jefferson Co., Tx
      4. Cause number: Unknown at this time (property confiscated)
      5. Name of judge to whom case was assigned: Hon. M. Crone
      6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed
      7. Approximate date of disposition: Unknown (2013-2015)

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: TDCJ- Wainwright Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Nathaniel Jones, III-El
2665 Prison Rd. 1, Lovelady, Tx. 75851

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Gwendolyn Spurlock, Access to Courts, Supv., TDCJ-Wainwright Unit, 2665 Prison Rd. 1, Lovelady, Tx. 75851
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
illegally seized legal and personal property; denied access to courts

Defendant #2: Sarah Nource, Property Officer, TDCJ-Wainwright Unit, 2665 Prison Rd. 1, Lovelady, Tx. 75851
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
illegally seized legal and personal property; denied access to courts

Defendant #3: Robert L. Tanner, III, Captain, TDCJ-Wainwright Unit, 2665 Prison Rd. 1, Lovelady, Tx. 75851
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
illegally seized legal and personal property; denied access to courts

Defendant #4: Charles C. Hicks, Sergeant, TDCJ-Wainwright Unit, 2665 Prison Rd. 1, Lovelady, Tx. 75851
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
illegally seized legal and personal property; denied access to courts

Defendant #5: Other Unknown Officers, Access to Courts, etc., TDCJ-Wainwright Unit, 2665 Prison Rd. 1, Lovelady, Tx. 75851
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
illegally seized legal and personal property; denied access to courts

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On April 24, 2023, Plaintiff's legal and personal property was confiscated by Robert Tanner ("Tanner"), Charles Hicks ("Hicks"), and Other Unknown Officers ("Other"). Plaintiff was not allowed to inventory his property or provided any documentation. On May 5, 2023, Plaintiff was forced to participate in a subsequent storage container review by D. Spurlock ("Spurlock"), Sarah Horace ("Horace"), and Others without the benefit of having inventoried his property. Plaintiff did NOT request a subsequent storage container. However, Plaintiff refused to

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) Compensatory damages, (2) punitive damages, (3) jury trial, (4) attorney fees, (5) court costs, (6) legal expenses, (7) pre/post-trial interest, and (8) any other relief entitled to.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Nathaniel Jones, III - El

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

State Prison # 1666292; Federal Prison # 04262-078

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): State / Beaumont, Tx.
2. Case number: Unknown at this time (property confiscated)
3. Approximate date sanctions were imposed: 2013-2015
4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ___ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 10/20/25
                DATE

_Nathaniel Jones, III - El_

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  20th  day of  October , 20 25 .
              (Day)              (month)              (year)

_Nathaniel Jones, III - El_

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Nathaniel Jones III El, 1666298
264 F.M. 3478
Huntsville, TX, 77320
Estelle





U.S. POSTAGE PAID
FCM LG ENV
MANCHESTER, NH 03101
OCT 27, 2025
$7.20
S2324P507510-08

75901
Retail
RDC 99

CERTIFIED MAIL
9589 0710 5270 2664 0403 68

U.S. District Court
104 N. 3rd St.
Lufkin, TX 75901

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 03 2025
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS